**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Civil Action No. 09 MD 2017 (LAK) |
| LEHMAN BROTHERS SECURITIES AND ERISA LITIGATION | ECF CASE |
| This Document Applies to: | **NOTICE OF MOTION** |
| *Starr International U.S.A. Investments LC, et al. v. Ernst & Young LLP*, No. 11-cv-3745-LAK; | Oral Argument Requested |
| *The State of New Jersey, Department of Treasury, Division of Investment v. Richard S. Fuld, Jr., et al.*, No. 10-cv-05201-LAK; | |
| *Vallejo Sanitation and Flood Control District v. Fuld, et al.*, No. 1:09-cv-06040-LAK; *Mary A. Zeeb, Monterey County Treasurer, on Behalf of the Monterey County Investment Pool v. Fuld, et al.*, No. 1:09-cv-01944-LAK; *Contra Costa Water District v. Fuld, et al.*, No. 1:09-cv-06652-LAK; *City of Burbank v. Fuld, et al.*, No. 1:09-cv-03475-LAK; *City of San Buenaventura v. Fuld, et al.*, No. 1:09-cv-03476-LAK; *City of Auburn v. Fuld, et al.*, No. 1:09-03474-LAK; *The San Mateo County Investment Pool v. Fuld, et al.*, No. 1:09-cv-01239-LAK; *Zenith Insurance Company v. Fuld, et al.*, No. 1:09-cv-01238-LAK; | |
| *American National Insurance Company et al. v. Richard S. Fuld, Jr., et. al.*, No. 1:09-cv-02363-LAK; and | |
| *Retirement Housing Foundation et al., v. Fuld, et al.*, No. 1:10-cv-06185-LAK | |

 **PLEASE TAKE NOTICE** that, upon the Declaration of Matthew K. Edling, dated

October 17, 2014, the exhibits annexed thereto, and the Memorandum of Law in Support of

Certain Opt-Out Plaintiffs' Motion to Exclude the Testimony of Professor Glenn A. Okun, dated

October 17, 2014, the undersigned, on behalf of Opt-Out Plaintiffs, (i) Vallejo Sanitation &

Flood Control District, the Monterey County Investment Pool, Contra Costa Water District, City

of Burbank, City of San Buenaventura, City of Auburn, the San Mateo County Investment Pool,

and Zenith Insurance Company; (ii) Starr International U.S.A. Investments LC and C.V. Starr &

Co. Inc. Trust; (iii) The State of New Jersey, Dep't of Treasury, Div. of Investment;

(iv) American National Insurance Comp. and its subsidiaries and The Moody Foundation;

(v) Retirement Housing Foundation and Foundation Property Management, Inc., hereby move

this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the United

States Courthouse, 500 Pearl Street, Courtroom 21B, New York, New York 10007, for an Order

pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow*, 509 U.S. 579 (1993) to

exclude the testimony of Glenn A. Okun, proffered as an expert by the defendant, Ernst &

Young, in the above-captioned actions.

Dated:  October 17, 2014

<div style="margin-left: 40%;">

Respectfully submitted,

/s/ Matthew K. Edling
**COTCHETT, PITRE & MCCARTHY, LLP**
Matthew K. Edling (medling@cpmlegal.com)
Bryan M. Payne (bpayne@cpmlegal.com)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Tel: (650) 697-6000

*Counsel for Plaintiffs Vallejo Sanitation & Flood
Control District, the Monterey County Investment
Pool (through Mary Zeeb, Monterey County
Treasurer), Contra Costa Water District, City of
Burbank, City of San Buenaventura, City of Auburn,
the San Mateo County Investment Pool, and Zenith
Insurance Company*

</div>

/s/ John J. Calandra
**MCDERMOTT WILL & EMERY LLP**
John J. Calandra (jcalandra@mwe.com)
Banks Brown (bbrown@mwe.com)
Michael Huttenlocher (mhuttenlocher@mwe.com)
Audrey Lu (aulu@mwe.com)
Allison E. Fleischer (afleischer@mwe.com)
340 Madison Avenue
New York, NY 10173
Tel:  (212) 547-5400
Fax:  (212) 547-5444

*Counsel for Plaintiffs Starr International USA Inv.*
*LC and C.V. Starr & Co., Inc. Trust*


/s/ Merrill G. Davidoff
**BERGER & MONTAGUE, P.C.**
Merrill G. Davidoff (mdavidoff@bm.net)
Lawrence Lederer (llederer@bm.net)
Robin Switzenbaum (rswitzenbaum@bm.net)
Gary Cantor (gcantor@bm.net)
Jon Lambiras (jlambiras@bm.net)
1622 Locust St.
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax (215) 875-4604

*Counsel for Plaintiff The State of New Jersey,*
*Department of Treasury, Division of Investment*


/s/ Andrew Mytelka
**GREER, HERZ & ADAMS, LLP**
Andrew Mytelka (amytelka@greerherz.com)
David LeBlanc (dleblanc@greerherz.com)
Jeanne Urbani Walser (jwalser@greerherz.com)
One Moody Plaza, 18th Floor
Galveston, Texas 77550
Tel: (409) 797-3200
Fax: (409) 766-6424

*Counsel for American National Insurance Company*
*and its subsidiaries and The Moody Foundation*

/s/ Timothy D. Reuben
**REUBEN RAUCHER & BLUM**
Timothy D. Reuben, *pro hac vice*
Stephen L. Raucher, *pro hac vice*
(sraucher@rrbattorneys.com)
Ashley J. Brick, *pro hac vice*
(abrick@rrbattorneys.com)
10940 Wilshire Blvd., 18th Floor
Los Angeles, CA 90024
Tel:  (310) 777-1990
Fax:  (310) 777-1989

*Counsel for Plaintiffs Retirement Housing
Foundation and Foundation Property Management,
Inc.*